UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JAHMEL BINION,

        Plaintiff,

v.

        Case No. 0:15-CV-60869
        Hon. James I. Cohn

SHAQUILLE O'NEAL, AND
MINE O' MINE, INC.,

        Defendants.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party

*/s/ Eric A. Parzianello*
Eric A. Parzianello, Esq.
FL Bar: 161225
HUBBARD, SNITCHLER &
PARZIANELLO PLC
999 Vanderbilt Beach Road, #200
Naples, FL 34108
Telephone No. 239-325-1802
E-mail: eparzianello@hspplc.com

John W. Henke, III
29800 Telegraph Road
Southfield, Michigan 48034
Telephone No. 248-353-6500
E-mail: jwhenke@aol.com

*Attorneys for Plaintiff, Jahmel Binion*
(signed with permission)

*/s/ Benjamine Reid*
BENJAMINE REID
Florida Bar No. 183522
CARLTON FIELDS JORDEN BURT, P.A.
100 Southeast Second Street, Suite 4200
Miami, Florida 33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055
breid@cfjblaw.com

*Attorneys for Defendants*

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above- referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _____ day of March, 2016.

_____
Hon. James I. Cohn

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all registered ECF counsel.

Eric A. Parzianello, Esq.
John A. Hubbard, Esq.
HUBBARD, SNITCHLER &
 PARZIANELLO PLC
5/3 Center at Mercato
999 Vanderbilt Beach Road, Suite 200
Naples, FL  34108
Telephone No. 239-325-1802
E-mail:  jhubbard@hspplc.com
E-mail:  eparzianello@hspplc.com

John W. Henke, III
29800 Telegraph Road
Southfield, Michigan  48034
Telephone No. 248-353-6500
E-mail:  jwhenke@aol.com

*Attorneys for Plaintiff, Jahmel Binion*

/s/ Benjamine Reid
BENJAMINE REID